IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| SHEET METAL WORKERS LOCAL 265 WELFARE FUND, *et al.*, | ) ) ) | |
| Plaintiffs, | ) | CIVIL ACTION NO. 08 C 1290 |
| | ) | |
| vs. | ) | JUDGE DER-YEGHIAYAN |
| | ) | |
| UPDATE HEATING AND COOLING, INC., an Illinois corporation, | ) ) | MAGISTRATE SCHENKIER |
| | ) | |
| Defendant. | ) | |

**<u>NOTICE OF FILING</u>**

TO:   Mr. Oonie F. Allen, Registered Agent
16742 89th Avenue
Orland Hills, IL   60487

YOU ARE HEREBY NOTIFIED that on Tuesday, the 29th day of April 2008, counsel for

the Plaintiffs filed with the Clerk of the United States District Court for the Northern District of

Illinois, **Plaintiffs' Initial Status Report**.  A copy of said document is hereby served upon you.

Respectfully submitted,


/s/   Jennifer L. Dunitz-Geiringer

Jennifer L. Dunitz-Geiringer
Attorneys for the Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6237001
Telephone: 312/236-4316
Facsimile: 312/236-0241
E-Mail: jdunitz.geiringer@baumsigman.com

## <u>CERTIFICATE OF SERVICE</u>

The undersigned, an attorney of record, hereby certifies that on Tuesday, the 29th day of April 2008, she electronically filed, **Notice of Filing**, with the Clerk of the Court using the CM/ECF system.

I hereby certify that I have mailed the above-referenced document by United States Mail to the following non-CM/ECF participant on or before the hour of 5:00 p.m. this 29th day of April 2008:

Mr. Oonie F. Allen

Registered Agent for Update Heating and Cooling, Inc.

16742 89th Avenue

Orland Hills, IL   60487

.

/s/   Jennifer L. Dunitz-Geiringer

Jennifer L. Dunitz-Geiringer
Attorneys for the Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6237001
Telephone: 312/236-4316
Facsimile: 312/236-0241
E-Mail: jdunitz.geiringer@baumsigman.com

I:\265J\Update Heating\#20812\notice of filing.jdg.mgp.wpd