# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

Sheet Metal Workers Local 265 Welfare Fund, et al.

                    Plaintiff,

v.                                Case No.: 1:08−cv−01290

                                      Honorable Samuel Der−Yeghiayan

Update Heating and Cooling, Inc.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, May 6, 2008:

      MINUTE entry before Judge Honorable Samuel Der−Yeghiayan: Status hearing held and continued to 06/24/08 at 9:00 a.m. Counsel appeared and reported to the Court that the Defendant has not been served yet. Mailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.