AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

SHEET METAL WORKERS LOCAL 265
WELFARE FUND, et al.

CASE NUMBER: **08 C 1290**

V.

ASSIGNED JUDGE:

UPDATE HEATING AND COOLING, INC.,
an Illinois corporation

DESIGNATED MAGISTRATE JUDGE:

**JUDGE DER-YEGHIAYAN
MAGISTRATE JUDGE SCHENKIER**

TO: (Name and address of Defendant)

UPDATE HEATING AND COOLING, INC.
c/o Oonie F. Allen, Registered Agent
16742 89th Avenue
Orland Hills, IL  60487

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Jennifer L. Dunitz-Geiringer
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 W. Adams Street, Suite 2200
Chicago, IL  60606-5231
(312) 236-4316

an answer to the complaint which is herewith served upon you, within _____Twenty (20)_____ days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael W. Dobbins, Clerk

_[signature]_
(By) DEPUTY CLERK

March 4, 2008
Date

| Form **BCA-5.25** (Rev. Jan. 1999) | AFFIDAVIT OF COMPLIANCE FOR SERVICE ON SECRETARY OF STATE | | File # 6206-4447 |
|---|---|---|---|
| Jesse White Secretary of State Department of Business Services Springfield, IL 62756 Telephone (217) 524-6748 www.cyberdriveillinois.com | FILED JUN 17 2008 JESSE WHITE SECRETARY OF STATE | | SUBMIT IN DUPLICATE This space for use by Secretary of State |
| Remit payment in check or money order, payable to "Secretary of State." | | | Date Filing Fee $10.00 Approved: Bh |

1. Title of the case and number of the case:

   SHEET METAL WORKERS LOCAL 265 WELFARE FUND, et al.
   first named plaintiff

   UPDATE HEATING AND COOLING, INC.
   first named defendant

   Number  08 C 1290

2. Name of the corporation being served: Update Heating and Cooling, Inc.
3. Title of the court in which an action, suit or proceeding has been commenced: U.S. District Court Northern District of Illinois
4. Title of the instrument being served: Summons and Complaint
5. Basis for service on the Secretary of State (Check and complete appropriate box):

   a. [X] The corporation's registered agent cannot with reasonable diligence be found at the registered office of record in Illinois.

   b. [ ] The corporation has failed to appoint and maintain a registered agent in Illinois.

   c. [ ] The corporation was dissolved on _____ (Month & Day), _____ (Year); the conditions of paragraphs (a) and (b) above exist; and the action, suit or proceeding has been instituted or has affected the corporation within 5 years thereafter.

   d. [ ] The corporation's certificate of authority to transact business in Illinois has been (withdrawn)/(revoked) on _____ (Month & Day), _____ (Year).

   e. [ ] The corporation is a foreign corporation that has transacted business in Illinois without procuring a certificate of authority, contrary to the provisions of the Business Corporation Act of 1983.

6. Address to which the undersigned has caused a copy of the attached process, notice or demand to be sent, by certified or registered mail: 16742 89th Avenue, Orland Hills, IL 60487

7. The undersigned affirms, under penalties of perjury, that the facts stated herein are true.

   _____                    June 12              2008
   Signature of Affiant                     Month & Day           Year

   ( 312 ) 236-4316
   Telephone Number

**RETURN TO: PLEASE TYPE OR PRINT CLEARLY**

Jennifer L. Dunitz-Geiringer
Name

200 W. Adams Street, Suite 2200
Street

Chicago, IL    60606-5231
City/Town    State    ZIP

C-213.8

## INSTRUCTIONS

After complying with the reverse side, especially statement 5 and 6, service may then be made on the Secretary of State:

1. A copy of the process, notice or demand;
2. A copy of any papers to be served therewith;
3. An affidavit of compliance; $10.00 fee.

Following service on the Secretary of State, another effort must be made to serve the corporation by Certified or regular mail. **This** attempted service must include items 1 and 2 of the above in addition to a notice of service on the Secretary of State.

The effort to serve the corporation shall be:

1. At the last registered office of the corporation as shown on the records of the Secretary of State;

**AND**

2. At such address the use of which the person instituting the action, suit or proceeding knows, or on the basis of reasonable inquiry has reason to believe, is most likely to result in actual notice.

This affidavit will be stamped with the date of filing and returned to the affiant as the only proof of filing.

C-213.8



RECEIVED JUN 19 2008 Baum Sigman