IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| SHEET METAL WORKERS LOCAL 265 WELFARE FUND, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION |
| vs. | ) ) | NO. 08 C 1290 |
| UPDATE HEATING AND COOLING, INC., an Illinois corporation, | ) ) ) | JUDGE SAMUEL DER-YEGHIAYAN |
| Defendant. | ) ) | |

**MOTION FOR ENTRY OF DEFAULT AND FOR AN ORDER
DIRECTING DEFENDANT TO TURN OVER
<u>MONTHLY FRINGE BENEFIT CONTRIBUTION REPORTS</u>**

NOW COME Plaintiffs, by their attorneys, and move for entry of default and for an order directing UPDATE HEATING AND COOLING, INC., an Illinois corporation, Defendant herein, to turn over monthly fringe benefit contribution reports, and all contributions and liquidated damages due thereon, due for the months of December 2007 through the present, pursuant to the Agreements and Declarations of Trust to which Defendant is bound, said Defendant having failed to answer or otherwise plead to the Complaint and the monthly contribution reports being required in order to liquidate Plaintiffs' claims.

On June 17, 2008, the Summons and Complaint was served on the Registered Agent by tendering a copy of said documents to the Illinois Secretary of State, Department of Business Services because the corporation's Registered Agent could not, with reasonably diligence, be found at the registered office of record in Illinois (a copy of the Summons and Affidavit of Compliance for Service on Secretary of State is attached hereto). Therefore, Defendant's answer was due on July

7, 2008.  As Defendant has failed to timely answer the Complaint, Plaintiffs respectfully request entry of default.

/s/   Jennifer L. Dunitz-Geiringer

Jennifer L. Dunitz-Geiringer
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6237001
Telephone: (312) 236-4316
Facsimile: (312) 236-0241
E-Mail: jdunitz.geiringer@baumsigman.com

I:\265J\Update Heating\#20812\motion.jdg.df.wpd

**CERTIFICATE OF SERVICE**

      The undersigned, an attorney of record, hereby certifies that she electronically filed the foregoing document (Motion) with the Clerk of Court using the CM/ECF system, and further certifies that I have mailed the above-referenced document by United States Mail to the following non-CM/ECF participants on or before the hour of 5:00 p.m. this 17th day of July 2008:

      Mr. Oonie F. Allen, Registered Agent/Secretary
      Update Heating and Cooling, Inc.
      16742 89th Avenue
      Orland Hills, IL   60487

      Jesse White
      Secretary of State
      Department of Business Services
      File No. 6206-4447
      Springfield, IL   62756

      /s/   Jennifer L. Dunitz-Geiringer


Jennifer L. Dunitz-Geiringer
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6237001
Telephone: (312) 236-4316
Facsimile: (312) 236-0241
E-Mail: jdunitz.geiringer@baumsigman.com

I:\265J\Update Heating\#20812\motion.jdg.df.wpd