

## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of

Sheet Metal Workers Local 265 Welfare Fund et al v. Update Heating and Cooling, Inc.

Case Number: 08-cv-01290

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Update Heating and Cooling, Inc.

**FILED**

JUL 2 8 2008 TC
JuL 23 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| **NAME (Type or print)** Christopher Jahnke | |
| **SIGNATURE** (Use electronic signature if the appearance form is filed electronically) s/ | |
| **FIRM** Jahnke & Toolis, LLC | |
| **STREET ADDRESS** 9031 W. 151st Street Suite 203 | |
| **CITY/STATE/ZIP** Orland Park, IL 60462 | |
| **ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)** 6294347 | **TELEPHONE NUMBER** 708-349-9333 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ✓  APPOINTED COUNSEL ☐ | |