**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Sheet Metal Workers Local 265 Welfare
Fund, et al.

                        Plaintiff,

v.                                                Case No.: 1:08−cv−01290

                                                Honorable Samuel
                                                Der−Yeghiayan

Update Heating and Cooling, Inc.

                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, July 29, 2008:

      MINUTE entry before the Honorable Samuel Der−Yeghiayan: Status hearing held and continued to 08/12/08 at 9:00 a.m. No one appeared on behalf of the Defendant on the Court's noticed status hearing. Counsel for Defendant is warned that failure to appear on a Court's noticed status hearing may result in a default being entered against Defendant pursuant to Local Rule 41.1. Mailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.